JAMES J. LYMAN, Appellant, *v.* PUTNAM COAL AND ICE COMPANY, INC., Respondent.

*Negligence — workman employed by contractor engaged in making alterations in building injured by coming in contact with unguarded electric wires— insufficiency of evidence to warrant finding that danger should have been anticipated.*

*Lyman* v. *Putnam Coal & Ice Co., Inc.,* 182 App. Div. 705, affirmed.
(Argued October 20, 1920; decided November 16, 1920.)

APPEAL from a judgment entered May 11, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a workman employed by a contractor making certain alterations in defendant's plant, while making necessary measurements came in contact with two electric wires placed near the ceiling of defendant's premises and received the injuries complained of. The Appellate Division held that there was no sufficient evidence to support a finding that a man of ordinary prudence would anticipate that injury might result from the condition of the wires, unguarded either by material construction or sufficient warning.

*Edwin A. Jones* and *Joseph M. Baum* for appellant.

*James J. Mahoney* and *George J. Stacy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN and CARDOZO, JJ.